UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeffrey Steven McCreary,<br><br>         Petitioner,<br><br>v.<br><br>M.E. Spearman, Warden,<br><br>         Respondent. | Case No.: 18-cv-00789-CAB-BGS<br><br>**ORDER GRANTING MOTION TO AMEND PETITION [Doc. No. 15]** |

On December 13, 2018, this Court issued an order granting the motion for a stay and abeyance pursuant to *Kelly v. Small*, 315 F.3d 1063 (9th Cir. 2003) and ordered Petitioner to file an amended petition within 15 days removing any unexhausted claims. [Doc. No. 11 at 15.] On December 31, 2018, Petitioner filed a First Amended Petition which removed any unexhausted claims. [Doc. No. 12.] As a result, on January 4, 2019, this Court issued an order administratively closing the case for the duration of the stay. [Doc. No. 13.] This Court also ordered that, within 30 days of the California Supreme Court issuing an order resolving Petitioner's unexhausted claims, Petitioner file a motion to lift the stay as well as a motion to file an amended petition for writ of habeas corpus addressing the timeliness of his newly exhausted claims, together with a proposed amended petition. [*Id.*]

On February 11, 2019, Petitioner filed a motion to lift the stay wherein Petitioner

| | |
|---|---|
| 1 | indicated that the California Supreme Court has now ruled on his state habeas petition. |
| 2 | [Doc. No. 14.]  On February 28, 2019, this Court issued an order lifting the stay and |
| 3 | reopening the case.  [Doc. No. 16.] |
| 4 |     On February 11, 2019, Petitioner also filed a motion to amend the petition, to file a |
| 5 | Second Amended Petition ("SAC") and add back in his newly exhausted claim.  [Doc. |
| 6 | No. 15.]  On March 21, 2019, Respondent filed a non-opposition to the motion to amend |
| 7 | the petition.  [Doc. No. 17.]  Therefore, for good cause shown, the motion to amend the |
| 8 | petition is **GRANTED**.  The SAC [Doc. No. 15 at 9-187] is **HEREBY DEEMED** |
| 9 | **FILED**. |
| 10 |     **IT IS SO ORDERED**. |
| 11 | Dated:  March 26, 2019 |

Hon. Cathy Ann Bencivengo
United States District Judge