**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY STEVEN McCREARY, <br><br> Petitioner, <br><br> v. <br><br> RALPH DIAZ, Secretary, <br><br> Respondent. | Case No.: 18cv0789-CAB (BGS) <br><br> **ORDER SUA SPONTE SUBSTITUTING RESPONDENT** |

On April 23, 2018, Petitioner, a state prisoner proceeding pro se, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, naming M.E. Spearman, the Warden of the High Desert State Prison in Susanville, California where Petitioner was confined at the time, as Respondent, along with the California Attorney General as an additional Respondent. (ECF No. 1.) On October 23, 2019, Petitioner notified the Court he had been transferred to the California Correctional Institution at Tehachapi, California. (ECF No. 30.)

A writ of habeas corpus acts upon the custodian of the state prisoner. 28 U.S.C. § 2242; Rule 2(a), 28 U.S.C. foll. § 2254. Because Petitioner's place of custody has changed, so has the Respondent to this action. In order to conform with the requirements of Rule 2(a) of the Rules Governing § 2254 Cases and to avoid changing the Respondent if Petitioner is transferred again, the Court hereby sua sponte orders the substitution of

Ralph Diaz, Secretary of the California Department of Corrections and Rehabilitation, as Respondent in place of Stuart Sherman. See <u>Ortiz-Sandoval v. Gomez</u>, 81 F.3d 891, 894 (9th Cir. 1996) (stating that the respondent in § 2254 proceedings may be the chief officer in charge of state penal institutions). Additionally, the Attorney General of the State of California is not a proper respondent in this action. Rule 2 of the Rules following § 2254 provides that the state officer having custody of the petitioner shall be named as respondent. Rule 2(a), 28 U.S.C. foll. § 2254. However, "[i]f the petitioner is not yet in custody – but may be subject to future custody – under the state-court judgment being contested, the petition must name as respondents both the officer who has current custody and the attorney general of the state where the judgement was entered." Rule 2 (b), 28 U.S.C. foll. § 2254. Here, there is no basis for Petitioner to have named the Attorney General as a respondent in this action.

The Court **HEREBY ORDERS** the substitution of Ralph Diaz, Secretary of the California Department of Corrections and Rehabilitation as Respondent in place of M.E. Spearman and the California Attorney General. The Clerk of the Court will modify the docket to reflect "Ralph Diaz, Secretary" in place of the former respondents.

**IT IS SO ORDERED.**

Dated: December 4, 2019

Hon. Bernard G. Skomal
United States Magistrate Judge